Indictment for misdemeanor.   Before Judge RICHARD H. CLARK.   Clayton superior court.   March term, 1894.

HALL & BOYNTON and WATTERSON & KIMSEY, for plaintiff in error.   J. S. CANDLER, solicitor-general, *contra*.

---

## HODGES *v.* THE STATE.

The indictment being for sodomy committed upon a child by a boy under fourteen years of age, and the question of guilt, as between the complete offence and an attempt only, depending in a great, degree upon the opinion of two physicians, one of whom made a personal examination and stated the facts, but testified that he did not know whether to give an opinion as to whether there was a penetration or not, and that he could not say there was any actual penetration, and the other, having heard the testimony, gave a decided opinion that there was no penetration, a verdict finding the accused guilty generally was unwarranted by the evidence, and the court erred in not granting a new trial.

June 4, 1894.            *Judgment reversed.*

Indictment for sodomy.   Before Judge McWHORTER. Hart superior court.   March term, 1894.

W. L. HODGES and J. P. SHANNON, for plaintiff in error.

---

## NEWTON *v.* THE STATE.

On an indictment for using opprobrious words tending to cause a breach of the peace, it is no defence that the accused had been told by his wife, or by her and another person, that the individual to whom the opprobrious words were addressed had insulted her or used insulting language in speaking to her, there being no evidence other than these declarations that any insult had in fact been given or any insulting language used to the wife.

June 4, 1894.            *Judgment affirmed.*

Indictment for using opprobrious words.   Before Judge TURNBULL.   City court of Floyd county.   December term, 1893.

The testimony showed, that two women (one of them defendant's wife) passed a witness, who asked them

v 94-38